# Court of Appeals
# of the State of Georgia

ATLANTA,  October 14, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0182.  JAMES CULPEPPER v. THE STATE.**

On September 3, 2015, the trial court entered an order denying James Culpepper's motion to suppress. It subsequently issued a certificate of immediate review on September 9, 2015.  Culpepper then filed a notice of appeal from the trial court's order in the superior court and this case came before us on direct appeal. We, however, lack jurisdiction.

The underlying case remains pending in the trial court, and neither the September 3, 2015 order nor the certificate of immediate review are final appealable decisions within the meaning of OCGA § 5-6-34 (a).  Accordingly, Culpepper was required to follow the interlocutory appeal procedure outlined in OCGA § 5-6-34 (b) and, after obtaining a certificate of immediate review from the trial court, was required to file a timely application for interlocutory review in this Court.  See OCGA § 5-6-34 (b); Court of Appeals Rule 30.  Culpepper has not obtained this Court's permission to bring his appeal.  Accordingly, we lack jurisdiction, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/14/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*